No. 72–5780. JEFFERSON v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 72–5781. DENMAN ET AL. v. BERKMAN. C. A. 6th Cir. Certiorari denied.

No. 72–5784. JOHNSON v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–5786. TARZWELL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5787. ROUNDTREE v. BRIERLEY, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 72–5790. ALLEN v. FOSTER. C. A. 4th Cir. Certiorari denied.

No. 72–5795. WILLIAMS v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–5798. COLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5803. McCRAY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–5804. FEDDER v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 72–5805. FUSELIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–5806. ERVIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5816. CUMMINS v. OHIO. Ct. App. Ohio, Logan County. Certiorari denied.